JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M.J.L.H., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM CHELSIE HALL, INDIVIDUALLY AND AS HEIR AT LAW AND SUCCESSOR IN INTEREST TO MATTHEW HURTADO, ETC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PASADENA, CITY OF PASADENA POLICE OFFICERS DOES 1-10; CITY OF GLENDALE, CITY OF GLENDALE POLICE OFFICERS DOES 11-20, ETC.,**<br><br>Defendants. | 2:18-CV-03249 JFW (SSx)<br><br>**JUDGMENT** |

Plaintiffs M.J.L.H., by and through his guardian ad litem Chelsie Hall, Jose Hurtado, Lillian Bennett and Nicole Strohm and defendants City of Pasadena and police officers William Broghamer and Maclaurin Adesina, sued in their individual capacities, defendant City of Glendale and police officer Justin Darby, sued in his individual capacity and defendant California Department of Corrections &

Rehabilitation Special Agent Willy Braden, sued in his individual capacity, hereby submit this joint judgment:

On May 24, 2019, the Court granted summary judgment as to plaintiffs' First Amended Complaint's First and Second claims for violations of the Fourth and Fourteenth Amendments under 42 U.S.C. § 1983 in favor of defendants William Broghamer, Maclaurin Adesina, Justin Darby and Willy Braden. The Court dismissed plaintiffs' Third Claim for municipal liability under 42 U.S.C. § 1983 against the Cities of Pasadena and Glendale without prejudice, finding that plaintiffs had agreed to dismiss it before summary judgment motions were filed. The Court declined to exercise supplemental jurisdiction over plaintiff Nicole Strohm and M.J.L.H.'s Fourth Claim for assault, battery and wrongful death and Fifth Claim for negligence, and dismissed the Fourth and Fifth Claims without prejudice.

IT IS ORDERED AND ADJUDGED that plaintiffs M.J.L.H. by and through his guardian ad litem Chelsie Hall, Jose Hurtado, Lillian Bennett and Nicole Strohm take nothing, that the First and Second Claims are dismissed on the merits, that the Third, Fourth and Fifth Claims are dismissed without prejudice, and that defendants William Broghamer, Maclaurin Adesina, Justin Darby and Willy Braden shall each recover costs from plaintiffs taxed in a sum to be determined.

Dated: May 30, 2019

_____
United States District Judge
Honorable John F. Walter

Dated: May 29, 2019

XAVIER BECERRA
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General

/s/ Molly S. Murphy
MOLLY S. MURPHY
Deputy Attorney General
*Attorneys for Defendant Special Agent Willy Braden*

    I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing pursuant to L.R. 5-4.3.4(a)(2).

Dated: May 29, 2019

GUIZAR, HENDERSON & CARRAZCO, L.L.P.

/s/ Humberto Guizar
HUMBERTO GUIZAR
*Attorneys for Plaintiffs*

Dated: May 29, 2019

MICHELE BEAL BAGNERIS
City Attorney
ARNOLD F. LEE
Deputy City Attorney

/S/ ARNOLD F. LEE
ARNOLD F. LEE
*Attorneys for Defendants City of Pasadena, William Broghamer and Maclaurin Adesina*

1 | Dated: May 29, 2019

MICHAEL GARCIA
City Attorney
ANN M. MAURER
Chief Assistant City Attorney


/s/ Ann M. Maurer
ANN M. MAURER
*Attorneys for Defendants City of Glendale and Justin Darby*